406 F.2d 1330
 6 UCC Rep.Serv. 435
 SOUTHERN FIRE & CASUALTY COMPANY, Appellant,
v.
James Lawrence TEAL, Jr., Mrs. Ruth Teal, Glover Oldsmobile,
Inc., and Glens Falls Insurance Company, Appellees.
 No. 12905.
 United States Court of Appeals Fourth Circuit.
 Argued March 6, 1969.
Decided March 10, 1969.
 
 James J. Raman, Spartanburg, S.C. (Odom, Nolen & Foster, Spartanburg, S.C., on brief), for appellant.
 Rufus M. Ward, Spartanburg, S.C. (Ward, Howell & Barnes, Spartanburg, S.C., on brief), for appellees.
 Before BOREMAN, CRAVEN, and BUTZNER, Circuit Judges.
 PER CURIAM:
 
 
 1
 We adopt the opinion of the district court, Southern Fire & Cas. Co. v. Teal, 287 F.Supp. 617 (D.S.C.1968).
 
 
 2
 The judgment is affirmed.